# In the United States District Court for the Southern District of Georgia Brunswick Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR 2:20-052-1 |
| | ) | |
| MARK GIBBONS, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Before the Court is Defendant Mark Gibbons's motion for early termination of probation, dkt. no. 44, to which the Government has no opposition, dkt. no. 45. For the reasons below, Defendant's motion is **GRANTED**.

Pursuant to a written plea agreement, Defendant pleaded guilty to Count One of the Information, that is, conspiracy, in violation of 18 U.S.C. §§ 371, 1952(a)(3). Dkt. Nos. 23, 42. On March 5, 2021, the Court sentenced Defendant to five years' probation. Dkt. No. 42. The Court also imposed special conditions of supervision, as well as a $100 special assessment, $4,000 fine, and $24,480 in restitution. Id.

Defendant has served over forty-one months of his sixty-month term of probation and now moves the Court for early termination of same. Dkt. No. 44.

Defendant argues he has been in full compliance with the terms of his probation, and he has paid his financial obligations in full. Id. The Court also notes that all urine samples have been returned with negative results, and he has no criminal history other than the instant offense. Notably, Defendant's motion is unopposed by the Government, as well as United States Probation.

Title 18 U.S.C. § 3564(c) addresses early termination of probation and sets forth, in relevant part, as follows:

> (c) Early termination.— The court, after considering the factors set forth in section 3553(a) to the extent that they are applicable, may, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, terminate a term of probation previously ordered and discharge the defendant at any time in the case of a misdemeanor or an infraction or at any time after the expiration of one year of probation in the case of a felony, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice.

18 U.S.C. § 3564(c). The decision to grant early termination of probation is discretionary and will be reviewed for abuse of discretion. See, e.g., United States v. Reagan, 162 F. App'x 912, 914 (11th Cir. 2006).

The Court concludes that, after serving over one-half of his term of probation, Defendant has satisfied the relevant § 3553(a) factors for early termination of supervision. Importantly, Defendant has shown that he has taken full responsibility for his actions and has complied with all

conditions imposed upon him.  Accordingly, Defendant's motion for early termination of supervision, dkt. no. 44, is **GRANTED**. Defendant's term of probation is hereby terminated.

    **SO ORDERED** this 22 day of August, 2024.

                                                        HON. LISA GODBEY WOOD, JUDGE
                                                        UNITED STATES DISTRICT COURT
                                                        SOUTHERN DISTRICT OF GEORGIA